DKS Prob 22
(Rev 05/13)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Trans. Court) | PACTS# 16984 1083 5:02CR40122-002 | DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Alton Stanley<br>District of Columbia | District of Kansas | Topeka | |
| | NAME OF SENTENCING JUDGE | | |
| | Honorable Sam A. Crow, Senior U. S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 11/02/2015 | TO 11/1/2020 |

FILED
MAR - 3 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

*OFFENSE:*

Count 1: Possess With Intent To Distribute And To Distribute In Excess Of Five Kilograms Of Cocaine, a Class A Felony, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A) and 18 U.S.C. § 2
Count 2: Conspiracy to Possess With Intent To Distribute And To Distribute In Excess Of Five Kilograms Of Cocaine Hydrochloride, a Class A Felony, 21 U.S.C. §§ 846, 841(b)(1)(A) and 18 U.S.C. § 2

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Columbia upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

December 20, 2016 — *Date*

s/Sam A. Crow — *United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

Jan. 24, 2017 — *Effective Date*

[signature] — *United States District Judge*